## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Robert J. Cummins, d/b/a Bob Cummins Construction Company | : | **CASES CONSOLIDATED** |
| | : | |
| v. | : | No. 1000 C.D. 2019 |
| | : | |
| Bradford Sanitary Authority, Appellant | : | |
| | : | |
| Robert J. Cummins, d/b/a Bob Cummins Construction Company, Appellant | : | |
| | : | |
| v. | : | No. 1009 C.D. 2019 |
| | : | |
| Bradford Sanitary Authority | : | |

**PER CURIAM**  **O R D E R**

NOW, August 3, 2020, having considered Appellees' application for reargument and Designated Appellant's answer in response thereto, the application is denied.